IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HOLMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-00514-MAB |
| | ) |
| HOLLY HAWKINS, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on March 25, 2021, Defendant Holly Hawkins' motion for summary judgment was granted (Doc. 49), and Plaintiff's claims against Defendant were **DISMISSED with prejudice.**

Judgment is entered in favor of Defendant Holly Hawkins and against Plaintiff. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety.**

DATED: March 25, 2021

                                                    **MARGARET M. ROBERTIE,**
                                                  **Clerk of Court**

                                                  BY:  /s/ *Jennifer Jones*
                                                         **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                     **MARK A. BEATTY**
                     **United States Magistrate Judge**